UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONNA CARTER BRISTOL

CIVIL ACTION

VERSUS

15-694-SDD-EWD

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated May 29, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter shall be dismissed with prejudice, pursuant to 28 U.S.C. §1915(e)(2)(B).

Baton Rouge, Louisiana the 2 day of May, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.